SPODEK LAW GROUP P.C.
Treating you like family since 1976

**Jeremy Feigenbaum, Esq.**
Direct Dial (347)-292-8630
jf@spodeklawgroup.com

April 15, 2026

**BY ECF:**

Hon. Ramon E. Reyes Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE*: USA v. Jean Ronald Tirelus, 1:26-cr-00069 (RER)*

Dear Judge Reyes:

As you are aware, this office represents Defendant Jean Ronald Tirelus with respect to the above referenced action. We write to you today in response to a previous Order (ECF Dkt. No. 9-10) from this Court, which directed Defendant Tirelus to file proof that the Defendant's bond had been secured as against his property in Kings County, New York.

Accordingly, please find annexed hereto a copy of the Confession of Judgment filed by Defendant Tirelus with the Kings County Clerk's Office of the New York State Supreme Court on April 14, 2026, and as such, Defendant's bond is now secured. Said recording is annexed hereto as **Exhibit A**.

Defendant Tirelus, and his counsel, appreciate the Court's time and attention to this matter.

Respectfully Submitted,

**SPODEK LAW GROUP, P.C.**

____________/s/______________________

BY: Jeremy G. Feigenbaum, Esq.
Spodek Law Group P.C.
Attorneys for Defendant Tirelus
233 Broadway, Suite 710
New York, NY 10279
(212) 300-5196