SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                    **AFFIDAVIT OF CONFESSION**
                                                                              **OF JUDGMENT**

                          Plaintiff,                        Index No. 383/26

-against-


JEAN RONALD TIRELUS

                          Defendant
----------------------------------------------------------------X

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF KINGS            )

1.      JEAN RONALD TIRELUS, AS TRUSTEE OF THE JRT EVEREST TRUST,

(the "Trust"), being duly sworn, deposes and says: that the deponent is the Defendant in the

above-captioned matter.

2.      The Trust has a designated address to receive service of process at ███████

████████████████████████████ and is the current owner of said real property.

3.      I, AS TRUSTEE OF THE JRT EVEREST TRUST, hereby confess judgment in

this Court in favor of Plaintiff, UNITED STATES OF AMERICA (hereinafter referred to as the

"Government"), in the sum of five hundred thousand dollars ($500,000.00).

4.      This Affidavit of Judgment by Confession is executed pursuant to CPLR §3218 in

favor of the Government, against a liability arising out of the following facts:

        a.   On or about March 27, 2026, an indictment was filed against Jean Ronald Tirelus

Page 1 of 5

in the United States District Court for the Eastern District of New York. A resulting criminal case has been initiated against Jean Ronal Tirelus, pursuant to Case No. 1:26-CR-00069 *United States of America v. Jean Ronal Tirelus, et., al. (RER)*.

b. Pursuant to the March 31, 2026 Order of the Hon. Vera M. Scanlon, U.S.M.J., Mr. Tirelus's release from custody was authorized pursuant to a bail hearing on said date, whereby Mr. Tirelus had been instructed to provide a personal recognizance bond in the amount of five hundred thousand dollars ($500,000.00) of which is to be secured by the property, located at ████████████████ ████████████████████ in the County of Kings, State of New York.

5.    The amount confessed is due and owed, and the amount confessed does not exceed the liability.

6.    This confession of judgment may be entered without any prior notice to Mr. Tirelus or the Trust.

7.    This confession of judgment does not involve an installment sale as prohibited by New York Civil Practice Lw and Rules Section 3201.

8.    Mr. Tirelus and the Trust fully understands the consequences of the filing of this Affidavit in Confession of Judgment and a Confession of Judgment against it.

JRV EVEREST TRUST

By: _____
Jean Ronald Tirelus, Trustee

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF KINGS      )

On the 14 day of April in the year 2026 before me, the undersigned, personally ap-
peared Jean Ronald Tirelus, as Trustee of JRV Everest Trust personally known to me or proved
to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) sub-
scribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individu-
al(s), or the person or entity upon behalf of which the individual(s) acted, executed the instru-
ment.

_____
Notary Public

LUIS J. SAGBAY
Notary Public, State of New York
No. 01SA0025379
Qualified in Kings County
Commission Expires 05/30/28

JEAN RONALD TIRELUS

By: _____
Jean Ronald Tirelus

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF KINGS      )

On the 14 day of April in the year 2026 before me, the undersigned, personally appeared Jean
Ronald Tirelus, personally known to me or proved to me on the basis of satisfactory evidence to be the
individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person or entity upon behalf of which the individual(s) acted, exe-
cuted the instrument.

_____
Notary Public

Page 3 of 5

LUIS J. SAGBAY
Notary Public, State of New York
No. 01SA0025379
Qualified in Kings County
Commission Expires 05/30/28

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------- X

UNITED STATES OF AMERICA

**JUDGMENT CONFESSION**

Plaintiff,

-against-

Index No. 383/26

JEAN RONALD TIRELUS,

Defendant.

-------------------------------------------------------------------- X

Amount confessed            $500,000.00

Interest.................................................................................    +

Total...................................    $

Costs by Statute.............................................................15.00

Filing Fee. ....................................................................210.00

Transcripting Fees..........................................................16.00

Execution Fee. ...............................................................45.00

Cost Total..................+_____286.00

Judgment Total................................................................    $    Ø

NOW, ON THE MOTION OF Plaintiff United States of America, it is ADJUDGED that Plain-

tiff UNITED STATES OF AMERICA, with its principal place of business at 271-A Cadman Plaza

East, Brooklyn, NY 11201, does recover from the defendant JEAN RONALD TIRELUS, residing

at ███████████████████████ the sum of $500,000.00 with interest of

$___Ø___ making a total of $ 500,000. ⌐ ; together with $_Ø_ costs and disbursements,

amounting to in all the sum of $ 500,000. ⌐ ; and that Plaintiff have execution thereof.

*Nancy T. Sunshine*

Clerk